UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ROGER KEY and JANET GAJEWSKI,

     Plaintiffs,

v.                                                                    Case No. 15-11235
                                                                    HON. AVERN COHN
INTEGRITY SURVEILLANCE
SOLITIONS, INC.

     Defendant.

_____/

### ORDER

This is a case under the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* On July 22, 2015, the Court heard oral argument on three pending motions:

1.    Plaintiffs' Motion for Class Certification (Doc. 2)

2.    Defendant's Motion to Dismiss (Doc. 7)

3.    Defendant's Motion to Deny Class Certification (Doc. 7)

In addition, Plaintiffs at the hearing moved to amend the complaint under seal to include their telephone numbers.

Accordingly, for reasons stated on the record:

**A.**

A.    Plaintiffs' Motion to Amend the Complaint is GRANTED.

B.    Defendant's Motion to Dismiss (Doc. 7) is DENIED.

C.    Consideration of Plaintiffs' Motion for Class Certification (Doc. 2) is deferred.

**B.**

1

A.    Plaintiffs shall have 30 days from the date of this order to conduct limited written discovery relating to the class allegations.

B.    Defendant shall have 30 days within which to respond to the written requests.

C.    Plaintiffs shall have 10 days following completion of discovery to amend the class allegations of the complaint.

D.    Defendant shall have 10 days thereafter to amend its Motion to Deny Class Certification (Doc. 7) or otherwise plead.

SO ORDERED.

 S/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated:  July 23, 2015